AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tevin J Manigo, *Plaintiff,* <br> v. <br> Carter Weaver *Sheriff*; Shirley Anderson *LT*; Brittany Keefner *LT*; Neal Johnson *Director*; Clark Ard; George Pack; Georgetown, City of, <br><br> *Defendants.* | ) ) ) ) ) ) Civil Action No.    1:23-cv-00925-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Tevin J Manigo, shall take nothing of the defendants ,Carter Weaver *Sheriff*, Shirley Anderson *LT*, Brittany Keefner *LT*, Neal Johnson *Director*, Clark Ard, George Pack and Georgetown, City of, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M Cain, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   May 16, 2023                                                    ROBIN L. BLUME, CLERK OF COURT

                                                                                                    s/L. Baker

                                                                                        *Signature of Clerk or Deputy Clerk*